Monte Decarlos WINSTON,
Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee,

and

FEDERAL BUREAU OF PRISONS; K. Anderson, DHD acting on behalf of Federal Bureau of Prisons, Defendants.

No. 14–6189.

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 22, 2014.

Monte Decarlos Winston, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston appeals the district court's orders granting summary

judgment to the United States and dismissing Winston's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680 (2012), and denying Winston's Fed.R.Civ.P. 60 motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Winston v. United States,* No. 3:11–cv–00812–REP (E.D.Va. Sept. 10, 2013 & Jan. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*